IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, GEORGIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXON INSURANCE COMPANY, )<br>)<br>Defendant. )<br>─────────────────────────────────<br>)<br>LEXON INSURANCE COMPANY; )<br>JEKYLL SOUND DEVELOPMENT )<br>COMPANY, LLC, )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>BPJS INVESTMENTS, LLC, GEORGE )<br>L. "BOOG" POTTER, MIKE )<br>MARTINEZ, ROBERT STEVEN )<br>WILLIAMS, SR., and ROBERT )<br>STEVEN WILLIAMS, JR., )<br>)<br>Third-Party Defendants. )<br>) | Case No.<br>2:14-cv-00020-LGW-RSB |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the following dates represent the last day for filing specific pleadings and papers in the above styled case:

105896

| | |
|---|---|
| DATE ISSUE JOINED | February 14, 2014 |
| DATE OF SECOND RULE 26(f) CONFERENCE | September 28, 2015 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | January 15, 2016 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY PLAINTIFF | February 26, 2016 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY DEFENDANTS | November 11, 2016 |
| LAST DAY FOR THIRDPARTY PLAINTIFF TO SERVE EXPERT WITNESS REPORT | November 11, 2016 |
| LAST DAY FOR THIRDPARTY DEFENDANTS TO SERVE EXPERT WITNESS REPORT | December 12, 2016 |
| REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [Doc. 168] | November 7, 2016 |
| CLOSE OF DISCOVERY | March 27, 2017 |
| LAST DAY FOR FILING **ALL** CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT **EXCLUDING MOTIONS IN LIMINE** | April 28, 2017 |
| PRE-TRIAL ORDER DUE* | June 26, 2017 |

*The pretrial order shall be in the format for District Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gas.uscourts.gov under "forms."

Defendant(s) shall submit their portion of the pretrial order to plaintiff five (5) days before the pretrial order deadline, in default of which sanctions may be imposed.

Motions in limine shall be submitted in writing at least five (5) days prior to the pretrial conference; responses thereto shall be submitted within fourteen (14) days.

All motions, other than summary judgment and motions to dismiss, shall be accompanied with a proposed order.
**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL NOT BE ALLOWED.**

Curriculum vitaes on all expert witnesses shall be filed separately with the pretrial order. This rule will be strictly adhered to and the court will not allow the expert witness to testify if this has not been complied with.

**SO ORDERED**, this 31 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA