# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| CAMDEN COUNTY, GEORGIA,<br><br>　　Plaintiff,<br><br>v.<br><br>LEXON INSURANCE COMPANY,<br><br>　　Defendant.<br><br>LEXON INSURANCE COMPANY;<br>JEKYLL SOUND DEVELOPMENT<br>COMPANY, LLC,<br><br>　　Third-Party Plaintiffs,<br><br>v.<br><br>BPJS INVESTMENTS, LLC; GEORGE L. "BOOG" POTTER; MIKE MARTINEZ; ROBERT STEVEN WILLIAMS, SR.; and ROBERT STEVEN WILLIAMS, JR.,<br><br>　　Third-Party Defendants. | 2:14-CV-20 |

## ORDER

Because the parties have notified the Court that they have settled all claims in this action, and upon execution of the terms of the settlement intend to request dismissal with prejudice of Plaintiff's complaint, see dkt. no. 219, all pending discovery and dispositive motions are **DENIED** as moot. (Dkt. Nos. 168, 173, 186, 201.) In the unlikely event the

parties are unsuccessful in finalizing the settlement terms, the Court will conduct a conference to discuss the impasse and, if necessary, a new schedule for motions and trial.

**SO ORDERED**, this 31 day of August, 2017.

---
HON. LISA ~~GODBEY~~ WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA