IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Stephen Agnone | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER: CV214-24, CV214-20 |
| Enzo Agnone, et al., | ) |
| Defendant | ) |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Lexon Insurance Company_____ has deposited with the Court the sum of $ __3,750,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __18th__ day of _____April_____, __2018__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV032171
Cashier ID: wprescot
Transaction Date: 04/18/2018
Payer Name: Lexon Insurance Company

TREASURY REGISTRY
 For: Lexon Insurance Company
 Case/Party: D-GAS-2-14-CV-000024-001
 Amount:          $3,750,000.00

WIRE TRANSFER
 Amt Tendered:   $3,750,000.00

Total Due:       $3,750,000.00
Total Tendered:  $3,750,000.00
Change Amt:      $0.00
```