# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| CAMDEN COUNTY, GEORGIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXON INSURANCE COMPANY,<br><br>    Defendant.<br><hr>LEXON INSURANCE COMPANY; and JEKYL SOUND DEVELOPMENT COMPANY, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>BPJS INVESTMENTS, LLC; GEORGE L. "BOOG" POTTER; MIKE MARTINEZ; ROBERT STEVEN WILLIAMS, SR.; and ROBERT STEVEN WILLIAMS, JR.,<br><br>    Third-Party Defendants. | 2:14-CV-20 |

**ORDER**

Before the Court is the Parties' joint stipulation of dismissal, dkt. no. 257, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims

AO 72A
(Rev. 8/82)

asserted in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 29 day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA